# EMERGENCY VERIFIED COMPLAINT & MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**RECEIVED**
APR 1 4 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

---

**ABEL AARON NELSON,**
Plaintiff,

v.

**THOMAS GILLIGAN**, in his official capacity;
**ELIZABETH CLYSDALE**, in her official and individual capacities;
**HENSON & EFRON, P.A.;**
**LISA SPENCER, ESQ.;**
**ANNE HAALAND, ESQ.;**
**STATE OF MINNESOTA,**
Defendants.

25-cv-1404-ADM/DJF

---

Case No. _____

**EMERGENCY VERIFIED COMPLAINT & REQUEST FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF**
**HEARING SET FOR APRIL 14, 2025 AT 1:30 PM — IMMINENT THREAT OF INCARCERATION**

---

## I. RELIEF REQUESTED

Plaintiff moves for an **Emergency TRO and Preliminary Injunction** to **immediately halt enforcement** of family court orders in **State v. Nelson, 62-FA-21-428**. These orders were issued by **Referee Elizabeth Clysdale**, who was **constitutionally disqualified** under Minnesota Statute § 351.02(4) due to out-of-state residency. The orders are **void ab initio** and cannot lawfully be enforced.

Despite this, **Judge Thomas Gilligan** is conducting a hearing at **1:30 PM on April 14, 2025**, in which Plaintiff is expected to be **jailed or held in contempt** for refusing to sign documents tied to these void orders—including **release of liens, lis pendens, property rights, and QDROs.**



Plaintiff cannot attach full evidence at this moment due to the **immediate risk of incarceration**, which would **bar him from defending his federal rights**. All evidence exists and will be provided upon judicial protection.

## II. BASIS FOR JURISDICTION

- **28 U.S.C. § 1331** – Federal question jurisdiction
- **42 U.S.C. § 1983** – Violation of federal civil rights under color of state law
- **Ex parte Young**, 209 U.S. 123 (1908) – Permits injunctive relief against state actors violating the Constitution
- **Rule 65, Fed. R. Civ. P.** – Temporary Restraining Orders / Preliminary Injunctions

## III. EMERGENCY GROUNDS

- **Void State Orders**: Referee Clysdale resided out of state, vacating her office by law under § 351.02(4). Orders issued after that point are **void**, not voidable.
- **Imminent Incarceration**: Judge Gilligan is attempting to enforce those void orders through **civil contempt at 1:30 PM** today.
- **Irreparable Harm**: If jailed, Plaintiff loses all access to federal courts, property, and constitutional defense.
- **Likelihood of Success**: Minnesota law and the U.S. Constitution bar enforcement of orders issued without jurisdiction.
- **Balance of Harms**: No harm to Defendants if paused; extreme harm to Plaintiff without relief.
- **Public Interest**: This case presents an urgent threat to judicial integrity, due process, and the limits of state power.

## IV. RELIEF REQUESTED

Plaintiff asks this Court to:

1. **Issue an emergency TRO** enjoining:

- - o Any enforcement action arising from orders issued by **Referee Elizabeth Clysdale**;
  - o Judge **Thomas Gilligan** from jailing or compelling Plaintiff to sign any document under threat of contempt related to void orders;
2. Declare that any order derived from an unqualified judicial officer is **void and unenforceable**;
3. Allow Plaintiff to **submit supporting evidence** once his liberty is secured;
4. Grant all further relief this Court deems just and equitable.

## V. VERIFICATION

I, **Abel Aaron Nelson**, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Supporting exhibits and evidence exist and will be submitted once liberty is secured.

**Dated:** April 14, 2025
**Respectfully submitted,**
**/s/ Abel Aaron Nelson**
Abel Aaron Nelson
3383 Labore Road, Vadnais Heights, MN 55110
abelnelson4202@gmail.com
651-308-4202
*Pro Se Plaintiff*