# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Abel Aaron Nelson,<br><br>        Plaintiff,<br><br>v.<br><br>Referee Elizabeth Clysdale, *in her individual and official capacities*, Henson and Efron, P.A., Lisa Spencer, Anne Haaland, State of Minnesota, Judge Thomas a Gilligan, *in his individual and official capacities*, Minnesota Judicial Branch, Minnesota Department of Human Services-Child Support Division, Sarah Lyn Derry, *formerly known as Sarah Nelson*, Matthew Shore, and Andrew Brower,<br><br>        Defendants. | Case No. 25-cv-1404 (LMP/DJF)<br><br>**ORDER** |

This matter is before the Court on Defendant Sarah Lynn Derry's self-styled Application to Proceed *In Forma Pauperis* ("IFP Application") (ECF No. 17). Upon review, the Court **GRANTS** Ms. Derry's IFP Application pursuant to 28 U.S.C. § 1915(a). The Court cautions Ms. Derry that her IFP status waives only the filing fee, which has already been paid, and the costs of printing and transcripts under the limited circumstances specified in 28 U.S.C. § 1915(c). She remains responsible for all her other litigation costs, regardless of her IFP status.

**IT IS SO ORDERED**

Dated: May 20, 2025

                                                               *s/ Dulce J. Foster*
                                                               DULCE J. FOSTER
                                                               United States Magistrate Judge