UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Abel Aaron Nelson,<br><br>    Plaintiff,<br><br>vs.<br><br>Referee Elizabeth Clysdale, in her official and individual capacity; Judge Thomas A. Gilligan, in his official and individual capacity; State of Minnesota; Minnesota Judicial Branch; Minnesota Department of Human Services – Child Support Division; Sarah Derry (formerly Sarah Nelson); Henson & Efron, P.A; Lisa Spencer; Anne Haaland; Matthew Shore; Andrew Brower<br><br>    Defendants. | Court File No. 25-cv-01404 (LMP/DJF)<br><br>**STATE DEFENDANTS'<br>MOTION TO DISMISS<br>AMENDED COMPLAINT** |

TO: The Administrator of the Above-Named Court, *Pro Se* Plaintiff Abel Aaron Nelson, 3383 Labore Road, Vadnais Heights, MN 55110

Defendants Referee Elizabeth Clysdale in her official and individual capacity, Judge Thomas A. Gilligan in his official and individual capacity, the State of Minnesota, the Minnesota Judicial Branch, and the Minnesota Department of Human Services (collectively "State Defendants") move the Court for dismissal of Plaintiff's amended complaint for lack of jurisdiction, immunity, estoppel, and failure to state a claim. This motion is made pursuant to Fed. R. Civ. P. 12(b)(1) & 12(b)(6) and is based upon the files, records, and proceedings herein, including the memorandum of law filed and served with this motion.

***SIGNATURE ON FOLLOWING PAGE***

| | |
|---|---|
| Dated:  June 2, 2025 | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>s/ **Matthew A. McGuire**<br>MATTHEW A. MCGUIRE (0402754)<br>NICK PLADSON (0388148)<br>Assistant Attorneys General<br><br>445 Minnesota Street, Suite 600<br>St. Paul, Minnesota 55101-2131<br>(651) 300-7482 (Voice)<br>(651) 282-5832 (Fax)<br>Matthew.McGuire@ag.state.mn.us<br>Nick.Pladson@ag.state.mn.us<br><br>ATTORNEYS FOR STATE DEFENDANTS |

|#6049824-v1