UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Abel Aaron Nelson, | Court File No. 25-cv-01404 (LMP/DJF) |
| Plaintiff, | |
| vs. | |
| Referee Elizabeth Clysdale, in her official and individual capacity; Judge Thomas A. Gilligan, in his official and individual capacity; State of Minnesota; Minnesota Judicial Branch; Minnesota Department of Human Services – Child Support Division; Sarah Derry (formerly Sarah Nelson); Henson & Efron, P.A; Lisa Spencer; Anne Haaland; Matthew Shore; Andrew Brower | **LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING MEMORANDUM OF LAW IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| Defendants. | |

I, Matthew McGuire, certify that the accompanying Memorandum of Law in support of State Defendants' Motion to Dismiss complies with Local Rule 7.1(f). I further certify that, in preparation of this Memorandum, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced Memorandum contains 4,409 words.

*SIGNATURE ON FOLLOWING PAGE*

| | |
|---|---|
| Dated:  June 2, 2025 | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>s/ **Matthew A. McGuire**<br>MATTHEW A. MCGUIRE (0402754)<br>NICK PLADSON (0388148)<br>Assistant Attorneys General<br><br>445 Minnesota Street, Suite 600<br>St. Paul, Minnesota 55101-2131<br>(651) 300-7482 (Voice)<br>(651) 282-5832 (Fax)<br>Matthew.McGuire@ag.state.mn.us<br>Nick.Pladson@ag.state.mn.us<br><br>ATTORNEYS FOR STATE DEFENDANTS |

|#6085744-v1