UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Abel Aaron Nelson, | Court File No. 25-cv-01404 (LMP/DJF) |
| Plaintiff, | |
| vs. | **LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |
| Referee Elizabeth Clysdale, et al., | |
| Defendants. | |

I, Matthew McGuire, certify that the accompanying Reply Memorandum of Law in Support of State Defendants' Motion to Dismiss complies with Local Rule 7.1(f). I further certify that, in preparation of this Memorandum, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced memorandum contains 2,585 words and the original memorandum contained 4,409 words, for a combined total of 6,994 words.

Dated:  June 24, 2025

KEITH ELLISON
Attorney General
State of Minnesota

s/ Matthew A. McGuire
MATTHEW A. MCGUIRE (0402754)
NICK PLADSON (0388148)
Assistant Attorneys General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 300-7482 (Voice)
(651) 282-5832 (Fax)
Matthew.McGuire@ag.state.mn.us
Nick.Pladson@ag.state.mn.us

ATTORNEYS FOR STATE DEFENDANTS